Stephen A. Munkelt SBN 80449
MUNKELT LAW OFFICE
206 Providence Mine Rd., Ste. 218
Nevada City, C.A. 95959
Tel: 530-265-8508
Fax: 530-265-0881

Attorneys for Toki Anzai and Minta Cramer

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLEMAN SCOTT HUNTLEY, Jr. and LEVON W. HUNTLEY,<br>　　　Plaintiffs,<br>　　v.<br>TOKI ANZAI, Successor Trustee of the TOKI and PERCY ANZAI FAMILY TRUST, MINTA CRAMER, SCOTT STOBER, FOES [sic] 1-10<br>　　　Defendants.<br>_____/<br>AND RELATED CROSS-CLAIM<br>_____/ | CASE NO.  2:10-CV-00249 FCD GGH<br><br>**STIPULATION AND ORDER FOR DISMISSAL**<br>(FRCP Rule 41(a)(1)) |

　　　Plaintiffs Coleman Scott Huntley, Jr. and Levon W. Huntley and Defendants Toki Anzai, Successor Trustee of the Toki and Percy Anzai Family Trust and Minta Cramer, by and through their attorneys file this Stipulation of Dismissal pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1).

　　　Plaintiffs filed this lawsuit on January 29, 2010. Defendants Toki Anzai as Trustee and Minta Cramer answered on March 25, 2010, and filed a cross-claim on the same date. Defendant Scott Stober was served on August 19, 2010, but has not yet appeared.

　　　Plaintiffs Coleman and Levon Huntley and Defendants Toki Anzai and Minta Cramer have entered into a "Mutual Release and Settlement Agreement" which settles all aspects of the lawsuit against all parties. Plaintiffs and Defendants Anzai and Cramer stipulate to the court retaining jurisdiction to enforce the "Mutual Release and Settlement Agreement".

　　　Plaintiffs stipulate to the entry of a dismissal of their action as to all Defendants, with prejudice.

　　　Defendants Anzai and Cramer, having answered the complaint agree to dismissal with prejudice, and have agreed to waive all costs which they may have been entitled to recover in the action.

Defendants Anzai and Cramer stipulate to entry of a dismissal of their cross-claim as to all cross-defendants, with prejudice.

This case is not subject to Federal Rules of Civil Procedure, Rules 23 *et seq.* or 66, as there has been no receiver appointed and it is not a class action.

This Stipulation and Order may be signed in counterparts, and electronic signatures shall be as binding as original signatures.

**WHEREFORE** Plaintiffs Coleman and Levon Huntley and Defendants Toki Anzai and Minta Cramer through their attorneys of record, so stipulate.

DATED: _____        /s/
                             Stephanie J. Finelli
                             Attorney for Plaintiffs Coleman and Levon Huntley


DATED: _____        /s/
                             Stephen A. Munkelt
                             Attorney for Defendants and Cross-Claimants
                             Toki Anzai, Trustee and Minta Cramer

### ORDER

**PURSUANT TO THE STIPULATION OF THE PARTIES IT IS ORDERED** that the suit pending before the court is dismissed as to all parties and all claims, with prejudice. The court retains jurisdiction to enforce the terms of the parties' "Mutual Release and Settlement Agreement".

DATED: November 29, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE